**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MAITELY MARGARITA MENDEZ VILLASMIL,**<br><br>*Petitioner*,<br>v.<br><br>**WARDEN OF CAMP EAST MONTANA; DAVID J. VENTURELLA,** *in his official capacity as the Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement*; **and MARY DE ANDA YBARRA,** *Regional Director of ICE*,<br><br>***Respondents*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-CV-02035-DCG** |

**ORDER MAILING PRIOR ORDER TO PETITIONER'S CURRENT FACILITY AND EXTENDING PETITIONER'S DEADLINE TO COMPLY**

On August 3, 2026, the Court ordered *pro se* Petitioner Maitely Margarita Mendez Villasmil to take one of the following actions by August 25, 2026:

(1) file a corrected application to proceed *in forma pauperis* ("IFP") that completely and accurately answered all the questions on the form; or

(2) pay the applicable filing fee.[1]

To make sure Petitioner received that Order, the Court mailed it (and various accompanying documents) to the detention facility that Petitioner listed as her current address on her Proposed Petition (ERO El Paso Camp East Montana).[2] The Court also mailed those same documents to

[1] Order Regarding IFP Appl., ECF No. 4, at 4.

All page citations in this Order refer to the page numbers assigned by the Court's CM/ECF system, rather than the cited document's internal pagination.

[2] *Compare id.* at 5, *with* Proposed Pet., ECF No. 1-1, at 1. *See also* Camp East Montana Mail Receipt, ECF No. 8, at 1.

the other immigration detention facility in El Paso (the El Paso Service Processing Center) "[j]ust in case the Government relocate[d] Petitioner to [that] facility while [the other] mailing [was] in transit."[3]

On August 18, 2026, however, the U.S. Postal Service returned the Camp East Montana mailing to the courthouse as undeliverable.[4] The Court therefore checked ICE's Online Detainee Locator System to determine Petitioner's current location.[5] The Court discovered that the Government had transferred Petitioner to a correctional facility in Oklahoma.

The Court thus suspects that Petitioner never received the August 3, 2026 Order. Because the Court can't expect Petitioner to comply with an Order she never received, the Court will:

(1) mail the August 3, 2026 Order (and accompanying documents) to Petitioner's current facility in Oklahoma; and

(2) extend Petitioner's deadline to comply with that Order.

---

[3] Order Regarding IFP Appl. at 5; *see also* EPSPC Mail Receipt, ECF No. 6, at 1.

[4] *See* Returned Mail, ECF No. 9.

[5] *See* Online Detainee Locator System, https://locator.ice.gov/odls/#/search.

The Clerk of Court **SHALL MAIL** the following documents:

(1) this Order;

(2) a blank "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)";[6] and

(3) instructions on how *pro se* petitioners may pay the applicable filing fee[7]

to the following address:

Maitely Margarita Mendez Villasmil
Diamondback Correctional Facility
1000 E. Diamondback Road
Watonga, OK 73772

The Court **EXTENDS** Petitioner's deadline to comply with the Court's "Order Regarding IFP Application" (ECF No. 4) to **September 14, 2026**.

The Court **WILL CONSIDER DISMISSING** this case if Petitioner fails to comply with that Order by the extended deadline.

**So ORDERED and SIGNED this 21st day of August 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

[6] That form is available at https://www.uscourts.gov/sites/default/files/ao239_1.pdf.

[7] Those instructions are available under the caption "5. Filing Fee" at https://www.txwd.uscourts.gov/filing-without-an-attorney/faqs-for-pro-se-filers/.